79,118-01,02

Kenneth W. Jerome #1627205

John B Connally Unit

899 FM 632

Kenedy Tx 78119

Dec 22 2014

Court of Criminal Appeals of Texas

P.O. Box 12308 Capitol Station

Austin Tx 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAR 17 2015
Abel Acosta, Clerk

RE: 79,118-01

Dear Court of Criminal Appeals

The reason for this letter of inquiry is I would like to know the status of the writ of habeas corpus 11.07 that was recieved by the courts 4/22/13. Allso if possible could the court explain to me why I was given two '2' writ numbers for one writ that was filed by me too the Harris County District Clerks office. My first writ was filed Oct 12 2012 with the clerk. But over a time period 90 days the clerk repeatedly told me and my family members that the writ had not been recieved. So I sent the 2nd writ which was the same writ through certified mail I would like to know by me sending these two writs which where the same writs has effected the process in the matter. Could the clerk please give me a response on the inquiry of WR-79-118-01 and 79.118-02 if possible Thank you for reading and your time and prompt response in this inquiry

Sincerly

Kenneth W. Jerome